ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 2 3 2008

JAMES N. HATTEN, Clerk
By: L. Wade-Chiee
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

UNITED STATES OF AMERICA      :

          v.              :

MICHAEL TIMMY LANDERS       :

:    CRIMINAL INDICTMENT

NO.  4:08-CR-47

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about February 10, 2008, in the Northern District of Georgia, the defendant, MICHAEL TIMMY LANDERS, having been convicted of the felony offense of Armed Robbery, Kidnapping, Burglary, Aggravated Assault, and Possession of a Firearm During the Commission of a Crime, in the Superior Court of Paulding County, Georgia, on or about June 5, 1997, in case number 97-CR-000400, the aforesaid conviction being for a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that being: a Mossberg, Model 500, 12 gauge shotgun, serial number P735287, in violation of Title 18, United States Code, Section 922(g).

COUNT TWO

On or about February 10, 2008, in the Northern District of Georgia, the defendant, MICHAEL TIMMY LANDERS, did knowingly and intentionally possess with the intent to distribute at least five (5) grams of methamphetamine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

COUNT THREE

On or about February 10, 2008, in the Northern District of Georgia, the defendant, MICHAEL TIMMY LANDERS, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession Of Methamphetamine With Intent to Distribute, as described in Count Two, above, did knowingly carry a firearm, that being: a Mossberg, Model 500, 12 gauge shotgun, serial number P735287, in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE PROVISION

Upon conviction of the offense alleged in Count One of this Indictment, that is, a violation of 18 U.S.C. § 922(g), the Defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, all firearms and ammunition involved in the commission of the offense, including but not limited to the Mossberg, Model 500, 12 gauge shotgun, serial number P735287.

A _____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

TODD C. ALLEY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6079
Georgia Bar No. 012321