FILED IN CHAMBERS
U.S.D.C. Rome

OCT 1 6 2008

JAMES N. ~~~~~~, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA  :

          v.  :  CRIMINAL NO.:
                     :  4:08-CR-047-RLV

MICHAEL TIMMY LANDERS  :

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that in the interests of justice and based on the Defendant's guilty plea in the Superior Court of Paulding County, Georgia, to the same offenses, Counts One through Three, and the Forfeiture Provision, of the Indictment, filed September 23, 2008, charging violations of federal firearms and narcotics laws are hereby dismissed as to MICHAEL TIMMY LANDERS, and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _____
TODD C. ALLEY
ASSISTANT UNITED STATES ATTORNEY
(404)581-6079
FAX:  (404)581-6181
Georgia Bar No.  012321

## O R D E R

Now, to-wit, on the __16th__ day of ____OCT.____, 2008, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
HONORABLE ROBERT L. VINING, JR.
UNITED STATES DISTRICT JUDGE